UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PEOPLE PICTURES, LLC,**

    Plaintiff,

    v.                                Civil Action No. 11-1968 (JEB/JMF)

**GROUP OF PARTICIPANTS IN
FILESHARING SWARM IDENTIFIED
BY HASH:
43F4CFD05C115EE5887F680B0-
CA73B1BA18B434A,**

    Defendants.

### ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that plaintiff show cause in writing by January 17, 2012, why this Court can assert jurisdiction over any defendant (a) who is not domiciled in the District of Columbia, or (b) as to whom plaintiff lacks a good faith basis to assert that he or she committed the act that is the premise of the plaintiff's claim for relief in the District of Columbia, and why venue is proper unless the defendant resides in the District of Columbia.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE